LINDA WENDELL HSU (SBN 162971)
lhsu@selmanlaw.com
MARK E. INBODY (SBN 180862)
minbody@selmanlaw.com
REBEKAH SHAPIRO (SBN 262834)
rshapiro@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:15-CV-02342-SI<br><br>CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER<br><br>Date:  February 19, 2016<br>Time:  2:45 pm<br>Judge: Hon. Susan Illston<br><br>Complaint Filed:  May 26, 2015<br>Discovery Cut-Off: |

    Plaintiff Scottsdale Insurance Company ("Scottsdale") has reached settlements with all defendants. The parties therefore request that the Case Management Conference be removed from the court's calendar.

    Defendants Mt. Hawley Insurance Company and QBE Specialty Insurance Company have been dismissed with prejudice. Scottsdale and Defendant Financial Pacific Insurance Company have entered into a Confidential Settlement and Release Agreement, and Scottsdale plans to dismiss Financial Pacific Insurance Company before the time presently set for the case management conference. Scottsdale and Defendant Landmark Insurance Company have reached a settlement in principle and are preparing a Confidential Settlement and Release Agreement.

DATED: February 11, 2016                SELMAN BREITMAN LLP


By: /s/ Rebekah Shapiro
    LINDA WENDELL HSU
    MARK E. INBODY
    REBEKAH SHAPIRO
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY


CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

```
The case management conference shall be continued to March 18, 2016, at 3 p.m.
```

IT IS SO ORDERED.

Dated:  2/16/16                    _____
                                   UNITED STATES DISTRICT JUDGE