LINDA WENDELL HSU (SBN 162971)
lhsu@selmanlaw.com
MARK E. INBODY (SBN 180862)
minbody@selmanlaw.com
REBEKAH SHAPIRO (SBN 262834)
rshapiro@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099



IT IS SO ORDERED
Judge Susan Illston

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:15-CV-02342-SI<br><br>STIPULATED DISMISSAL OF DEFENDANT LANDMARK AMERICAN INSURANCE COMPANY WITHOUT PREJUDICE<br><br>Judge:   Susan Illston<br><br>Complaint Filed:   May 26, 2015<br>Discovery Cut-Off: |

IT IS HEREBY STIPULATED AND AGREED that, pursuant to the Federal Rule of Civil Procedure 41(a), defendant Landmark American Insurance Company shall be dismissed from the above-captioned action, without prejudice, each party to bear its own costs and fees.

DATED: March 17, 2016                SELMAN BREITMAN LLP


By: _____
LINDA WENDELL HSU
MARK E. INBODY
REBEKAH SHAPIRO
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

1
STIPULATED DISMISSAL OF DEFENDANT LANDMARK AMERICAN INSURANCE COMPANY
WITHOUT PREJUDICE
3:15-CV-02342-SI

| | |
|---|---|
| DATED: March 17, 2016 | MUSICK PEELER & GARRETT LLP<br><br>By: _____<br>STEPHEN L. COPE<br>DAVID A. TARTAGLIO<br>Attorneys for Defendant<br>LANDMARK AMERICAN INSURANCE COMPANY |

2

STIPULATED DISMISSAL OF DEFENDANT LANDMARK AMERICAN INSURANCE COMPANY WITHOUT PREJUDICE
3:15-CV-02342-SI